# United States District Court
Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk                                                                                              TELEPHONE: (336) 332-6000

April 5, 2023

TOMMY TARRELL MCCASKILL

#21564-057
ASHLAND FCI
Inmate Mail/Parcels
P.O. BOX 6001
ASHLAND, KY 41105

Re:  <u>Case No. 1:22CV690/1:01CR350-1; 1:19CR482-1; MCCASKILL v. USA</u>

Dear TOMMY TARRELL MCCASKILL:

The respondent has filed a response which may or may not be supported by an affidavit, in response to your motion to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. §2255).

You have the right to file a 10-page reply brief in opposition to the government's response. If the respondent has filed an affidavit, your reply brief may also be accompanied by counter-affidavits in opposition to the affidavit submitted by the government. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence, and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law. Ordinarily, uncontested motions are granted. Therefore, your failure to file a reply brief or, if appropriate, to file counter-affidavits in rebuttal within the time allowed may cause the court to conclude that the government's contentions are undisputed. As a result, the court may dismiss your suit or render judgment against you. Therefore, unless you file a reply brief in opposition to the government's response, it is likely your case will be dismissed. Any reply brief or counter-affidavits must be filed within fourteen (14) days from the date of this letter.

The original of your reply brief should be mailed to this office and a copy served upon counsel for the Government. Any pleadings presented to the court for filing must be accompanied by a certificate stating that you have served copies on counsel for the government.

                                                                                   Sincerely,

                                                                                   JOHN S. BRUBAKER, CLERK

                                                                                   By: <u>/s/ Samantha S. Hicks</u>
                                                                                            Deputy Clerk